# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES BAILEY

NO. 2019 KW 1251

**NOV 1 2 2019**

---

In Re:  James Bailey, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 539836.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED AS MOOT.**  The record of the Clerk of Court of Lafourche Parish reflects the district court denied relator's application for postconviction relief on October 21, 2019.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT